**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **CALVIN HORTON, SR.** | **CIVIL ACTION NO. 09-0125** |
| **VS.** | **JUDGE MELANÇON** |
| **SECRETARY JAMES LeBLANC, ET AL.** | **MAGISTRATE JUDGE HILL** |

## ORDER

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED THAT** the plaintiff's Motion for the issuance of a Preliminary Injunction [rec. doc. 8] is **DENIED.**

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 8th day of May, 2009.

_____
**TUCKER L. MELANÇON**
**UNITED STATES DISTRICT JUDGE**