RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALVIN HORTON, SR. | CIVIL ACTION NO. 6:09-0125 |
| VS. | SECTION P |
| | JUDGE MELANÇON |
| SECRETARY JAMES LeBLANC, ET AL. | MAGISTRATE JUDGE HILL |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 8th day of June, 2009.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE